UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.   5:23-cv-1109 (GTS/TWD) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Assorted Jewelry, VL: $13,400.00, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

THIS COURT having before it the signed Stipulation of Settlement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures and all the terms being met, it is hereby,

ORDERED that one 10 karat yellow gold curb and picture necklace, 29.8 grams in weight shall be returned the Claimant pursuant to the terms of the Stipulation of Settlement; and it is further,

ORDERED that all remaining items constituting the Defendant Jewelry shall be forfeited to the United States of America, and it is further,

ORDERED that any claims to the Defendant Jewelry are hereby forever barred.

IT IS SO ORDERED.

Date: January 18, 2024

Glenn T. Suddaby
U.S. District Judge